IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| DAVID C. FORNEY, | ) | 4:09CV3033 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| DAILY TIMES NEWSPAPER, | ) | |
| STATE OF WYOMING, | ) | |
| FRUEDENTHAL, Govenor, | ) | |
| CARBON COUNTY, WYOMING, | ) | |
| STATE OF NEBRASKA, | ) | |
| HINEMAN, Govenor, KEITH | ) | |
| COUNTY, NEBRASKA, JERRY | ) | |
| COLSON, Carbon County Sheriff, | ) | |
| and CARBON COUNTY SHERRIF, | ) | |
| | ) | |
| Defendants. | ) | |

Plaintiff, a non-prisoner, filed a Motion for Leave to Proceed In Forma Pauperis. (Filing No. 27). Upon review of Plaintiff's Motion, the court finds that Plaintiff is financially eligible to proceed in forma pauperis.

IT IS THEREFORE ORDERED that leave to proceed in forma pauperis is provisionally granted.

April 3, 2009.   BY THE COURT:

   *s/Richard G. Kopf*
   United States District Judge